AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**Joshua Matthew Little**<br>**Date of Birth:** ▉▉▉▉▉<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:25-mj-00172
Assigned To: Judge Harvey, G. Michael
Assign. Date: 8/25/2025
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____August 22 & 23, 2025____ in the county of ____Washington____ in the
_____ District of ____Columbia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers or Employees |
| 18 U.S.C. § 111(b) | Assaulting, Resisting, or Impeding Certain Officers or Employees - Enhanced Penalty |

This criminal complaint is based on these facts:
**See attached Statement of Facts.**

☑ Continued on the attached sheet.

*Nicholas Lawlor*

_____
*Complainant's signature*

SA Nicholas Lawlor, HSI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____08/25/2025____

_____
*Judge's signature*

City and state: ____Washington, DC____     ____G. Michael Harvey, Magistrate Judge____
_____
*Printed name and title*