## STATEMENT OF FACTS

**Offense on August 22, 2025 – 18 U.S.C. § 111(a), (b)**

On August 22, 2025, at approximately 2130 hours, Homeland Security Investigations (HSI), the United States Marshals Service (USMS), the United States Secret Service (USSS), the Federal Bureau of Investigation (FBI), the DC Metropolitan Police Department (DCMPD), and the United States Park Police (USPP) were patrolling the area of Minnesota Avenue NE and Blane Street NE, Washington, DC 20019, a location known for high drug activity.

At approximately 2138 hours while patrolling, USMS Agents observed possible drug activity involving the person in the driver's seat of a dark grey Toyota Camry (later identified as Joshua Matthew LITTLE (PDID; ▉▉▉▉, DOB: ▉▉▉▉▉▉▉▉)) and an unknown subject on foot carrying a backpack in the Citgo parking lot at 3820 Minnesota Avenue, NE, Washington, DC 20019. The license plate on the Camry was a Maryland tag ▉▉▉▉▉▉▉. The Camry was being driven by driven by LITTLE. LITTLE is clearly visible in surveillance video from the scene (obtained from Citgo) shortly before the incident when he momentarily gets out of the Camry before the agents arrive. In addition, the license plate comes back to the Enterprise Rent-A-Car company. According to Enterprise's records, the grey Camry was rented to Wanda Little-Grey (DOB ▉▉▉▉▉▉▉), residence ▉▉ ▉▉▉▉▉▉▉, Hyattsville MD. The Camry was rented until Aug 24, 2025. Little- Grey appears to be LITTLE's mother.

After witnessing the suspected illegal activity, officers and agents began moving quickly through the parking lot at 3820 Minnesota Avenue NE, Washington, DC 20019 to question and detain the individuals involved.



Figures 1 and 2 – Joshua Matthew Little and unknown subject handoff of unknown product

The grey Camry was stopped at one of the gas pumps. LITTLE was in the driver's seat and an unknown female was in the front passenger seat. Several agents entered the Citgo, wearing clothing identifying them as police. After several of the agents – easily visibly identifiable as police – passed by the front of the Camry, LITTLE attempted to leave the parking lot by driving the car out through the exit. HSI Special Agent Michael Grys encountered the Camry at the exit. The agent attempted to stop the vehicle by standing in front of the vehicle and shouting and signaling with a flashlight for the driver, LITTLE, to stop. Instead, the Camry accelerated out of the parking lot, struck HSI Special Agent Grys, and fled the scene. The agent suffered an injury to his left leg.



Figures 3 through 9 – Joshua Matthew Little assaulting and striking HSI Special Agent Grys with his vehicle.

2










**Offense on August 23, 2025 – 18 U.S.C. § 111(a), (b)**

On August 23, 2025, the next day, at 3200 Minnesota Avenue, SE, Washington, DC, the same grey Camry was spotted by the U.S. Marshals and two Metro transit officers in three vehicles. LITTLE was driving the Camry. LITTLE's Camry was stopped at an intersection of Minnesota Avenue and Randle Circle in Southeast, Washington, DC. The Marshals (using two SUVs and a pickup truck) surrounded and blocked the Camry in at that intersection in an attempt to stop it and arrest LITTLE. All of the vehicles had their emergency lights on and the positioning of the SUV and other vehicles made it obvious that they were attempting to box in and stop the Camry. All of the Marshals and the two Metro transit officers then got out of their vehicles. All were clearly marked as law enforcement officers and the two Metro Transit police officers were in their full uniforms. As the lights from the surrounding vehicles continued to flash, the agents then issued commands to the driver to stop, get out of his car.

Nonetheless, using the Camry, LITTLE then tried to escape the Marshals by rocking the Camry back and forth and then ramming one of the Marshals' SUVs in the open front and rear

driver's side door, damaging both doors. Deputy Marshal Daniel Benson was trying to get out of the rear driver's side door when LITTLE started to ram the SUV and had to jump up onto the hood of the Camry to avoid being pinned between the Camry and the law enforcement vehicles. Agent had to deploy their tasers on LITTLE to get him to stop ramming the Marshals' SUV and trying to escape

Mr. Little appeared to be intoxicated and numerous open liquor bottles were clearly visible in the Camry. The positioning of the cars following LITTLE's striking the Marshals' SUV is depicted in photographs below.



Figures 10 through 12 – Joshua Matthew Little's Camry after assaulting and striking the U.S. Marshals' SUV



LITTLE was placed under arrest. In the passenger seat was a woman identified as Sarah Louise Paris (DOB: ). LITTLE refused to identify himself and was not carrying any

identification. Officers confirmed his identity by comparing him to a photo from a previous arrest (see below).



For the reasons set forth above, I submit that probable cause exists to charge Joshua Matthew LITTLE with violations of 18 U.S.C. §§ 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers and Employees of the United States) and (b) (Assault with a Deadly Weapon - Car) which occurred on or about August 22, 2025 at 2138 hours in the Citgo parking lot at 3820 Minnesota Avenue NE, Washington, DC 20019 and on or about August 23, 2025 at the intersection of Minnesota Avenue and Randle Circle in Southeast, Washington, DC.

*Nicholas Lawlor*
Special Agent Nicholas Lawlor
Homeland Security Investigations

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 25th day of August 2025.*

Subscribed and sworn to before me on the 25th day of August, 2025.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

8