UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on June 06, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | MAGISTRATE NO. 25-mj-172-GMH-1 |
| v. | : | GRAND JURY ORIGINAL |
| JOSHUA MATTHEW LITTLE, | : | VIOLATIONS: |
| | : | 18 U.S.C. §§ 111(a)(l) and (b) |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers Using a Dangerous |
| | : | Weapon) |
| | : | 18 U.S.C. § 1361 |
| Defendant. | : | (Destruction of Government Property) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about August 22, 2025, within the District of Columbia, JOSHUA MATTHEW LITTLE, using a deadly or dangerous weapon, that is, a motor vehicle, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, and inflict bodily injury on, an officer and employee of the Department of Homeland Security, Homeland Security Investigations (HSI), that is HSI Special Agent M.G., while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, Inflicting Bodily** Injury in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT TWO

On or about August 23, 2025, within the District of Columbia, JOSHUA MATTHEW LITTLE, using a deadly or dangerous weapon, that is, a motor vehicle, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, and inflict bodily injury on, an officer and employee of the United States Marshal Service, that is Deputy Marshal D.B., while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

> **(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, Inflicting Bodily Injury** in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT THREE

On or about August 23, 2025, in the District of Columbia, the defendant, JOSHUA MATTHEW LITTLE, willfully and by means of deadly force, did injure and commit a depredation against property of the United States, specifically a United States Government issued vehicle, and the resulting damage was over one thousand dollars.

> **(Destruction of Government Property**, in violation of Title 18, United States Code, Section 1361)

A TRUE BILL:

FOREPERSON.

JEANINE FERRIS PIRRO
United States Attorney

By: _____
JONATHAN HOOKS
Chief of DCCRFPCV