IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 25- CR-268 (JMC) |
| **JOSHUA LITTLE** | |
| *Defendant* | |

**JOINT MOTION TO CONTINUE MOTIONS DEADLINES
AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this joint motion to continue the motions deadlines for the Government's Response to the Defendant's Motion to Dismiss currently set for November 24, 2025 and for the Defendant's Reply currently set for December 1, 2025, and to exclude time under the Speedy Trial Act, and states as follows:

1. On November 12, 2025, the Court held an arraignment and status conference in this case. At the hearing, the government made an oral motion to toll speedy trial which the defendant opposed and the defense made an oral motion to dismiss the case for Speedy Trial Act violations and the Court set the following deadlines: Defendant's Motion to Dismiss and Opposition to the Government's Oral Motion was due November 17, 2025, Government's Response to the Defendant's Motion to Dismiss was due November 24, 2025, and the Defendant's Reply was due December 1, 2025.

2. Since the hearing, the parties believe that they have reached a pre-trial resolution in this case.

1

3. Therefore, the parties respectfully request that the motions deadline for the Government's Response to the Defendant's Motion to Dismiss be continued for two weeks while the parties finalize the agreement and that the new deadline be set on December 8, 2025, with a similar extension to the Defense's response to December 15, 2025

4. The Government has conferred with counsel for Mr. Little and is authorized to represent that the defendant supports this joint motion.

WHEREFORE, the parties respectfully request that the Court issue an Order continuing the due date for the Government's Response to the Defendant's Motion to Dismiss currently scheduled for November 24, 2025, and excluding all time from the calculation of time pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A) from November 12, 2025, when the motions schedule was set, until the hearing date on these motions.

Respectfully submitted,

JEANINE FERRIS PIRRO.
United States Attorney

By: */s/ Peter V. Roman*
Peter V. Roman
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-7115
peter.roman@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOSHUA LITTLE**<br><br>*Defendant* | Case No. 25- CR-268 (JMC) |

# ORDER

Based upon the representations in the Joint Motion to Continue Motions Deadlines and to Exclude Time Pursuant to the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

5. **ORDERED** that the currently scheduled deadline for the Government's Response to the Defendant's Motion to Dismiss which was due on November 24, 2025 be continued for good cause to _____, and for the Defendant's Reply which was due December 1, 2025, be continued for good cause to _____; and it is further

**ORDERED** that the time between November 12, 2025, and _____ shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(D). The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to finalize their discussions of a pre-trial resolution and is also appropriate under

§ 3161 as a "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion.".

_____
HONORABLE JIA M. COBB
UNITED STATES DISTRICT JUDGE

2