### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OFCOLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.   25-CR-268 (JMC)** |
| | : | |
| **v.** | : | |
| | : | **VIOLATION:** |
| **JOSHUA MATTHEW LITTLE,** | : | **18 U.S.C. § 111(a)** |
| | : | **(Assaulting, Resisting, or** |
| | : | **Impeding Certain Officers)** |
| *Defendant.* | : | |

## I N F O R M A T I O N

The United States Attorney Charges that:

### COUNT ONE

On or about August 22, 2025, within the District of Columbia, the defendant, JOSHUA MATTHEW LITTLE, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the Department of Homeland Security, Homeland Security Investigations, that is, Special Agent M.G., while Special Agent M.G. was engaged in, or on account of, the performance of his official duties.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of 18 U.S.C. 111(a))

### COUNT TWO

On or about August 23, 2025, within the District of Columbia, JOSHUA MATTHEW LITTLE, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the Department of Justice, United States Marshal Service, that is, Deputy Marshal D.B., while Deputy Marshal D.B. was engaged in, or on account of, the performance of his official duties.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of 18 U.S.C. 111(a))

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        United States Attorney

        */s/ Peter Roman*
        Peter V. Roman
        Assistant United States Attorney
        D.C. Bar Number 984996
        601 D Street, NW
        Washington, DC
        (202) 252-7115
        peter.roman@usdoj.gov