UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA MATTHEW LITTLE,<br><br>*Defendant*. | Case No. 25-cr-268 (JMC) |

**Unopposed Motion to Withdraw Motion to Dismiss Indictment for Violation of the Speedy Trial Act and Response to Government's Motion to Toll**

Joshua Matthew Little, through counsel, respectfully requests that this Court withdraw his Motion to Dismiss the Indictment, ECF 17. In support of this Motion, counsel states the following.

1. On August 25, 2025, Mr. Little was charged by complaint with violations of 18 U.S.C. §§ 111(a)(1) and 111(b).

2. On November 17, 2025, Mr. Little filed a Motion to Dismiss for Violation of the Speedy Trial Act.

3. The parties in this case have come to a resolution short of trial. The Government filed an information on December 3, 2025.

4. The government does not oppose this motion.

**Conclusion**

Wherefore, for the foregoing reasons, Mr. Little respectfully requests that the Court withdraw ECF 17.

1

Respectfully submitted,


Melissa Jackson
Counsel for Joshua Little
D.C. Bar No. 996787
COVERT JACKSON YARBRO PLLC
600 Massachusetts Avenue NW, Suite 250
Washington, DC 20001
Phone: (657) 225-9693
Email: mjackson@cjypllc.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JOSHUA LITTLE,**<br><br>**Defendant.** | **Case No. 25-cr-268 (JMC)** |

# ORDER

The defendant's motion to withdraw the defendant's motion dismiss the indictment for violation of the Speedy Trial Act is **GRANTED.** Accordingly, it is hereby

**ORDERED** that ECF 17 is withdrawn.

**SO ORDERED.**

Date: _____

_____
HONORABLE JIA M. COBB
United States District Court Judge