**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 25-cr-268 (JMC)** |
| **JOSHUA MATTHEW LITTLE,** | |
| *Defendant*. | |

### MOTION FOR RECONSIDERATION OF SENTENCE

Joshua Matthew Little, by his attorney, Melissa Jackson, hereby submits the following Motion for Reconsideration of the Sentence in this matter.  The government has not yet provided its position on this motion.

Mr. Little respectfully requests that the Court reconsider the sentence in this case and impose a slight modification: 6 months and 1 day on count 1 and 6 months on count 2, to be served consecutively, followed by one year of supervised release on both counts, to be served concurrently.  This slight modification will allow Mr. Little to earn recognition for the work he has done in jail in terms of good time credits.

As outlined in the Defendant's prior Sentencing Memorandum, Mr. Little has put in extensive work while detained to try to prepare himself for employment once he has completed his sentence. He enrolled in 26 classes online and earned 19 certificates. Also, as noted in the PSR, he has not incurred any infractions while incarcerated and spent his time working on putting himself in the best position possible to do better once released.  Indeed, his behavior was so exemplary at the jail that he was allowed to work on a detail while in the Central Detention Facility – clearly a positive indication

regarding the trust he had earned by his positive behavior.

The sentence as currently structured essentially strips him of the benefits he would typically receive for good behavior and efforts towards rehabilitation while in jail.  Sentences of one year or less do not qualify for these types of credits.  *See* 18 U.S.C.S. § 3624 (b)(noting that "[c]redit toward service of sentence for satisfactory behavior" applies to "a prisoner who is serving a term of imprisonment of more than 1 year").  As currently structured, the sentence thereby pushes him away from continuing to engage in rehabilitative efforts, instead of encouraging that he stay on the same path.  Indeed, his efforts in taking classes, preparing himself for employment, and dedicating himself to rehabilitation were key for the Court in imposing a sentence below the sentence recommended by the government. Rehabilitation is one of the central principles for sentencing, Mr. Little asks that the court reconsider its sentence to allow him to be rewarded for the hard work he wants to continue putting in towards being rehabilitated.

For the reasons stated above, Mr. Little respectfully requests that the Court amend the sentence to 6 months and 1 day on count 1 and 6 months on count 2, to be served consecutively, followed by one year of supervised release on both counts, to be served concurrently.

Respectfully submitted,

Melissa Jackson
Counsel for Joshua Little
D.C. Bar No. 996787

COVERT JACKSON YARBRO PLLC
600 Massachusetts Avenue NW,
Suite 250
Washington, DC 20001
Phone: (657) 225-9693
Email: mjackson@cjypllc.com